UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE THE MATTER OF THE INSPECTION OF THE WORKPLACE AT AND NEAR 2047 STATE, HWY Z, SIKESTON, MO 63801 UNDER THE CONTROL OR CUSTODY OF KELPRO, INC. | Case No. 4:07MC567FRB |

### ORDER

On November 8, 2007, due to clerk error, the above styled case was inadvertently assigned to the Eastern Division of the Eastern District of Missouri. Therefore, the above referenced case must be reassigned.

**IT IS HEREBY ORDERED** that this case is directly reassigned to the Southeastern Division of the Eastern District of Missouri. The Honorable Frederick R. Buckles, United States Magistrate Judge will preside.

Dated this 8th day of November, 2007.

JAMES G. WOODWARD, CLERK OF COURT

By: *James G. Woodward*

**In all future documents filed with the Court, please use the following case number:**

**Case No. 1:07MC0039FRB.**